Dismissed and Memorandum Opinion filed October 27, 2005









Dismissed and Memorandum Opinion filed October 27,
2005.

 

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00984-CV

____________

 

SAMUEL SANCHEZ D/B/A SAM=S AUTO TRANSMISSIONS, Appellant

 

V.

 

POPULAR AUTOS, INC. D/B/A
POPULAR MOTORS, Appellee

________________________________________________________________

 

On Appeal
from County Civil Court at Law No. 2

Harris County,
Texas

Trial
Court Cause No. 841,895

________________________________________________________________

 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed August 16, 2005.

On October 12, 2005, appellant filed a motion to dismiss the
appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM








 

Judgment rendered and Memorandum
Opinion filed October 27, 2005.

Panel consists of Justices Fowler,
Edelman, and Guzman.